# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN NETWORK TECHNOLOGY CORPORATION,<br><br>　　　　　Defendant. | Case No. 15-cv-03175 NC<br><br>**ORDER FOR DEFENDANTS TO FILE RESPONSE** |

The Court orders defendants to respond to plaintiff's motion for leave to file a First Amended Complaint, Dkt. No. 7, by August 14, 2015.

IT IS SO ORDERED.

DATED:   August 11, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cv-03175 NC
ORDER