# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARBY'S RESTAURANT GROUP, INC.; ALTAMIRA CORPORATION; and PEDRO MOTA,<br><br>    Defendants. | Case No. 15-cv-03175 NC<br><br>**ORDER TO DEFENDANT PEDRO MOTA TO: (1) RESPOND TO NOTICE OF REMOVAL; AND (2) CONSENT OR DECLINE THE JURISDICTION OF A MAGISTRATE JUDGE**<br><br>Dkt. No. 1 |

   Defendant Arby's Restaurant Group removed this case from state court to federal court under 28 U.S.C. §§ 1441(a) and 1446. When a case is removed under § 1441(a), "all defendants who have been properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Here, it appears from the removal notice that defendant Pedro Mota has been served but has yet to "join in or consent" to removal. Accordingly, by August 28, 2015, Mota must file a written notice as to whether he consents to removal to federal court. If he does not consent to removal, then the case may be remanded back to state court.

   In addition, this case has been assigned to U.S. Magistrate Judge Nathanael Cousins. Under 28 U.S.C. § 636(c), the consent of all parties is necessary for a magistrate judge to exercise jurisdiction. Plaintiff Andrade and defendant Arby's have filed their consent. Dkt.

Case No. 15-cv-03175 NC

Nos. 5, 6. Defendant Mota is asked by August 28, 2015, to either consent to or decline the jurisdiction of a magistrate judge. If he declines, then the case will be reassigned to a U.S. District Court Judge.[1]

To assist Mr. Mota, who is representing himself pro se, the Court attaches a form that he can use to indicate his responses to these jurisdictional questions. The form needs to be filed with the Court by August 28.

Free legal advice and assistance is available for pro se civil litigants in the San Jose Division through the Federal Pro Se Program. To schedule an appointment in San Jose, litigants may call (408) 297-1480 or sign up in the appointment book located outside the Federal Pro Se Program office on the Second Floor, Room 2070. The Federal Pro Se Program at the San Jose courthouse is open for appointments and on a drop-in basis Monday through Thursday afternoons, and Fridays by appointment only, and at the offices of the Law Foundation of Silicon Valley on a drop-in basis Monday through Thursday mornings, and Fridays by appointment only.

IT IS SO ORDERED.

Date: August 14, 2015

Nathanael M. Cousins
U.S. Magistrate Judge

---

[1] Defendant Altamira Corporation also needs to consent or decline once it has been served. To date, Altamira has not appeared and the Court is not aware that Altamira has been served.

Case No. 15-cv-03175 NC          2