UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>            Plaintiff,<br><br>     v.<br><br>ARBY'S RESTAURANT GROUP, INC., et al.,<br><br>            Defendants. | Case No. 15-cv-03175 NC<br><br>**ORDER NOTIFYING DEFENDANTS OF COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY**<br><br>Re: Dkt. No. 42 |

In this employment action, defendants Altamira Corporation and Pedro Mota are represented by Lynnette Ariathurai. Ms. Ariathurai now moves to withdraw as attorney of record for both defendants.

If the Court grants Ariathurai's motion to withdraw, Altamira may not represent itself because "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Civ. L.R. 3-9(b). Altamira is accordingly put on notice that if it does not retain other counsel, it risks a default judgment against it due to its inability to represent itself in court.

Mota may decide to appear *pro se,* but must file either a notice of his intention to do so or a substitution of counsel. "Any party representing him or herself without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this Court. A person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules. Sanctions (including

Case No. 15-cv-03175 NC

1  default or dismissal) may be imposed for failure to comply with local rules." Civ. L.R. 3-
2  9(a). The attached letter gives some guidance in case Mota wishes to proceed *pro se* and
3  would like to avail himself of the Court's resources for *pro se* litigants.
4      Altamira and Mota may appear at the hearing on December 2, 2015, at 1:00 pm to
5  oppose Ariathurai's motion to withdraw if either wishes to do so. Counsel Ariathurai is
6  ordered to provide a copy of this order to both of her clients.

**IT IS SO ORDERED.**

Dated:  December 1, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-03175 NC      2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

SUSAN Y. SOONG  
CLERK OF COURT

GENERAL COURT NUMBER  
408-535-5363

To:   Pro Se Litigant  
Re:   Representing Yourself Before This Court

Dear Pro Se Litigant:

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se." The court has free resources to help you find your way through the court system and procedures. The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

Susan Y. Soong  
Clerk, United States District Court

Case No. 15-cv-03175 NC            3