**LYNNETTE ARIATHURAI (State Bar 170858)**
**The Law Office of Lynnette Ariathurai**
**A Professional Corporation**
**39300 Civic Center Drive, Suite 110**
**Fremont, California 94538**
**Telephone:    510-794-9290**

**Attorney for Defendant,**
**PEDRO MOTA**

The motion to withdraw as counsel for Mota is GRANTED.

Dated: December 23, 2015

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>              Plaintiff,<br><br>Vs.<br><br>ARBY'S RESTAURANT GROUP, INC., ALTAMIRA CORPORATION, PETRO MOTA, and DOES 1 to 20 inclusive,<br><br>              Defendants.<br>_____/ | Civil Case No**.:** 15-CV-03175-NC<br><br>DECLARATION OF ATTORNEY LYNNETTE ARIATHURAI IN SUPPORT OF MOTION T0 WITHDRAW AS ATTORNEY<br><br>Date:  December 2, 2015<br>Time:  1:00 p.m.<br>Dept.:  7, 4th Floor<br><br>Magistrate Judge:  Nathanael Cousins |

I, Lynnette Ariathurai, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and federal courts.  I am the attorney of record for Defendant Pedro Mota, sued erroneously as Petro Mota herein.

2. On December 11, 2015, I met with Pedro Mota, and advised him of the Court's decision at the December 2, 2015 motion hearing referenced above.  I explained the procedure for an individual defendant representing themselves in pro per, and provided to him another copy of the Court's Tentative ruling with assistance available for in pro per parties.  I also

assisted Pedro Mota in establishing a Pacer Account with the federal court to obtain court filed notices in this matter, and provided him a copy of the procedures booklet for in pro per parties from the federal court website.  In addition, I explained and drafted the request for Pedro Mota to begin electronic filing with the federal court as well as the Proposed Order.  Pedro Mota, in my presence, signed and e-mailed to the Court same day as stated in the procedures for in pro defendants.  The procedures indicated that such request would take up to 3 days before it may be approved.  I have not received the signed Order from the Court that is due by end of today latest.

3. Pedro Mota indicated to me that he intended to represent himself in pro per.  However, he also stated that he may change that decision in the future, and have an attorney represent him.  I explained to him that the attorney can assist him in making such change in the future and he can do so at any time.

4. Per the motion hearing on December 2, 2015, I am requesting that the Court grant my motion to be relieved as counsel for Pedro Mota effective today, as I have complied with the Court's order that on or before December 16, 2015 to assist Pedro Mota in understanding the federal court procedures for notices and filings, and in establishing an account with the federal court to enable Pedro Mota to receive Court notices and filings.

I declare under penalty of perjury that the above statements are true and correct of my own knowledge, except for those matters stated on information and belief, and as to those, I believe them to be true.

Dated:  December 16, 2015              THE LAW OFFICE OF LYNNETTE ARIATHURAI
                                       A PROFESSIONAL CORPORATION

                                          /s/  Lynnette Ariathurai
                                       Lynnette Ariathurai, Attorney for Defendant,
                                       PEDRO MOTA