UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARBY'S RESTAURANT GROUP, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03175 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 56 |

Defendant Mota has failed to file a case management conference statement for the upcoming case management conference on January 27, 2016. The Court warns Mota that default judgment will be entered against him if he does not participate in the case. He must appear at the January 27 case management conference pro se or with counsel.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MIRIAM ANDRADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARBY'S RESTAURANT GROUP, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03175-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Petro Mota
82 No. Jackson Avenue., #8
San Jose, CA 95116

Dated: January 25, 2016

                                                        Susan Y. Soong
                                                        Clerk, United States District Court

By:_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS