1  CARY KLETTER
   SALLY TRUNG NGUYEN
2  KLETTER + NGUYEN LAW LLP
   1900 S. Norfolk Street, Suite 350
3  San Mateo, CA  94403
4  T: 415.434.3400
   E:  ckletter@kletterlaw.com
5  E:  snguyen@kletterlaw.com

6
   Attorneys for PLAINTIFF
7  MIRIAM ANDRADE

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MIRIAM ANDRADE,              Civ. Case No. 15-CV-03175-NC

12 |         PLAINTIFF,           **REQUEST FOR DISMISSAL OF
                                  DEFENDANT PETRO MOTA
13 | v.                           ONLY** ; ORDER

14 | ARBY'S RESTAURANT GROUP, INC.;
15 | ALTAMIRA CORPORATION; PETRO
    | MOTA; and DOES 1 THROUGH 20,
16 | inclusive,

17 |         DEFENDANTS.

18

Plaintiff Miriam Andrade ("Plaintiff") respectfully request this Court dismiss Defendant PETRO MOTA ("MOTA") only, with prejudice, from this action pursuant to the Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(2).  Plaintiff has resolved her claims against MOTA.  Pursuant to the terms of the Settlement Agreement entered into between Plaintiff and MOTA, each of them is to bear his/her own costs attorney's fees and costs.

Dated: July 18, 2016                               KLETTER + NGUYEN LAW LLP

By: _____/s/_____
    Cary Kletter
    Sally Trung Nguyen
    Attorneys for PLAINTIFF
    MIRIAM ANDRADE

### [PROPOSED] ORDER

Based upon Plaintiff's request for dismissal of Defendant MOTA only, IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to FRCP 41(a)(2), Defendant MOTA is DISMISSED with prejudice from this action;

2. Pursuant to the terms of the Settlement Agreement entered into between the Plaintiff and MOTA, each of them is to bear his/her own costs attorney's fees and costs; ands

3. The Court retains jurisdiction over the parties to enforce the term of the Settlement Agreement.

4. Plaintiff to file an updated case management statement within 14 days.

**IT IS SO ORDERED.**

Dated:  July 19, 2016                               _____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins