UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>        Plaintiff,<br><br>    v.<br><br>ALTAMIRA CORPORATION,<br><br>        Defendant. | Case No. 15-cv-03175 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 87 |

      In this employment action, plaintiff Andrade re-notices her motion for default judgment in the amount of $275,804.92 against defendant Altamira after voluntarily dismissing defendant Mota as a result of settlement.  Dkt. No. 87.  The Court will hear Andrade's motion for default judgment against Altamira on September 7, 2016, at 1:00 p.m.  However, before hearing the motion, the Court orders Andrade to submit her settlement agreement with Mota to the Court or show cause why the settlement of claims against Mota is irrelevant to the damages claims against Altamira.  This information will assist the Court in ensuring that duplicative damages are not awarded in the default judgment.  Andrade must respond to this order by August 17, 2016.

      Further, Andrade is hereby given notice that the September 7, 2016, hearing will be an evidentiary hearing.  *See* Fed. R. Civ. Pro. 55(b)(2)(B).  Andrade must be prepared to put on a competent witness regarding her damages.

      **IT IS SO ORDERED.**

Dated: August 3, 2016

                                                  NATHANAEL M. COUSINS
                                                United States Magistrate Judge

Case No. 15-cv-03175 NC