UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARBY'S RESTAURANT GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.15-cv-03175-NC<br><br>**ORDER TO SHOW CAUSE RE: EXHAUSTION OF ADMINISTRATIVE REMEDIES**<br><br>Re: Dkt. No. 87 |

The Court instructs plaintiff Andrade to present evidence showing Andrade exhausted her administrative remedies before filing her complaint. Andrade must present this evidence at the hearing for the Motion for Default Judgment on September 7, 2016. The Court instructs Andrade to present evidence of exhaustion as to claim one – Sexual Harassment in violation of the Fair Employment and Housing Act ("FEHA") and Title VII, claim five – Failure to Prevent Harassment and Failure to Prevent Battery in violation of FEHA, claim sixteen –Unlawful Retaliation in violation of FEHA, and claim seventeen – Wrongful Termination in violation of Public Policy, referencing FEHA.

Such evidence should include a right-to-sue notice from the California Department of Fair Employment and Housing specifically referring to defendant Altamira.

Case No.15-cv-03175-NC

**IT IS SO ORDERED.**

Dated:  September 6, 2016                          _____
                                                                         NATHANAEL M. COUSINS
                                                                         United States Magistrate Judge