UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ANDRADE,<br><br>  Plaintiff,<br><br>  v.<br><br>ARBY'S RESTAURANT GROUP, INC., ALTAMIRA CORPORATION, and PEDRO MOTA.<br><br>  Defendants. | Case No. 15-cv-03175 NC<br><br>**JUDGMENT** |

In accordance with the Court's December 13, 2016, order granting Andrade's motion for default judgment, judgment is entered in favor of Andrade and against Altamira Corporation with respect to Andrade's claims of (1) sexual harassment in violation of the California Fair Employment and Housing Act ("FEHA"), (2) sexual battery, (3) assault, (4) failure to pay wages in violation of the California Labor Code and federal Fair Labor Standards Act ("FLSA"), (5) liquidated damages under the FLSA and Labor Code, (6) failure to provide uninterrupted meal breaks in violation of the Labor Code and Industrial Welfare Commission ("IWC") wage orders, (7) waiting time penalties under the Labor Code, (8) failure to provide accurate wage statement under the Labor Code, (9) penalties for the underpayment of wages under the Labor Code, (10) violations of California Business and Professions Code § 17200 *et seq*. for unlawful business practices, (11)

Case No. 15-cv-03175 NC

1  unlawful retaliation, and (12) wrongful termination in violation of public policy.  The
2  Court denies default judgment as to all other counts.
3  As a result, the Court awards Andrade $72,962.63 in damages against Altamira
4  Corporation.  Her attorneys, Kletter + Nguyen Law LLP are awarded $42,855.00 in
5  attorneys' fees and $2,722.47 in costs against Altamira.
6  The Clerk is ordered to terminate case No. 15-cv-03175 NC.

8  **IT IS SO ORDERED.**

10 Dated:  December 13, 2016                              _____
                                                         NATHANAEL M. COUSINS
11                                                       United States Magistrate Judge